

# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

BRIAN QUINN
Chief Justice

PATRICK A. PIRTLE
Justice

JUDY C. PARKER
Justice

LAWRENCE M. DOSS
Justice

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

April 1, 2020

Elizabeth G. Hill
LAW OFFICE OF ELIZABETH
G. HILL, PC
8008 Slide Road, Suite 33
Lubbock, TX 79424
* DELIVERED VIA E-MAIL *

Melissa Simpson
LAW OFFICE OF MELISSA
C. SIMPSON, PLLC
2032 82nd Street, Suite 102
Lubbock, TX 79423
* DELIVERED VIA E-MAIL *

Aaron R. Carter
CARTER & RADER LAW FIRM
7606 University Avenue, Suite B-5
Lubbock, TX 79423
* DELIVERED VIA E-MAIL *

Anna McKim
FIELD, MANNING, STONE
HAWTHORNE & AYCOCK, P.C.
2112 Indiana Avenue
Lubbock, TX 79410
* DELIVERED VIA E-MAIL *

**RE:**     Case Number:  07-19-00156-CV, 07-19-00157-CV
        Trial Court Case Number: 2013-506,729, 2013-508,395

**Style:**   In the Interest of B.B.J., a Child

Dear Counsel:

The Court this day issued an opinion and judgment in the captioned cause.  TEX. R. APP. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc:     Honorable Jim Bob Darnell (DELIVERED VIA E-MAIL)
        Barbara Sucsy (DELIVERED VIA E-MAIL)
        Samuel B. Silverman (DELIVERED VIA E-MAIL)